<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 97-7258**

───────────

ROBERT STEVEN VISINTINE,

                            Petitioner - Appellant,

    versus

KEITH OLSEN, Warden,

                            Respondent - Appellee.

───────────

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. David A. Faber, District Judge. (CA-97-536-5)

───────────

Submitted: June 9, 1998          Decided: June 30, 1998

───────────

Before HAMILTON, MICHAEL, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Robert Steven Visintine, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Visintine appeals the district court's order dismissing without prejudice his motion filed under 28 U.S.C.A. § 2241 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion adopting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Visintine v. Olsen</u>, No. CA-97-536-5 (S.D.W. Va. July 18, 1997). In light of this disposition, we deny Visintine's second motion for release pending appeal and his motions for reconsideration of this court's order denying his motion for release pending appeal; for summary judgment; to expedite; as well as his motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2